**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marco Cesar RETTA–REYES,**
**Defendant–Appellant.**

**No. 14–41337**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant,

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Marco Cesar Retta–Reyes raises an argument that he concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which held that knowledge of drug type and quantity is not an element of a 21 U.S.C. § 841 offense. Knowledge of drug type and quantity likewise is not an element of offenses under the related statutes of 21 U.S.C. § 952(a)

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and § 960(a). *See United States v. Valencia–Gonzales,* 172 F.3d 344, 345–46 (5th Cir.1999); *United States v. Restrepo–Granda,* 575 F.2d 524, 527 (5th Cir.1978). The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.